UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DRYWALL TAPERS AND POINTERS OF GREATER :
NEW YORK LOCAL UNION 1974, AFFILIATED
WITH INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, AFL-CIO,

                                  Petitioner,

     -against-

MAGNITUDE CONSTRUCTION CORP., *a/k/a*
*Magnitude Drywall Taping Corp., a/k/a Magnitude*
*Drywall Taping*

                                Respondent.
------------------------------------------------------------- x

ORDER

20 Civ. 3587 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The initial conference is adjourned from August 19, 2020 to January 6, 2021 at 9:30 am.

Dated: New York, New York
       August 17, 2020

                                                              SO ORDERED.

                                                              GEORGE B. DANIELS
                                                              United States District Judge