**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND
ALLIED TRADES, AFL-CIO,

                Plaintiff,            20 **CIVIL** 3587 (GBD)

    -against-                **JUDGMENT**

MAGNITUDE CONSTRUCTION CORP., a/k/a
Magnitude Drywall Taping Corp., a/k/a
Magnitude Drywall Taping,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated November 9, 2020, Plaintiff's motion for summary judgment, (ECF No. 10), seeking an order confirming the arbitration award of $13,000 is granted; accordingly, this case is closed**.**

**Dated**: New York, New York
       November 10, 2020

                                        **RUBY J. KRAJICK**
                                      _____
                                        **Clerk of Court**
        **BY:**

                                        _____
                                        **Deputy Clerk**